IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS A. DE SHAZO | } | |
| *Plaintiff* | } } } | |
| v. | } } | CIVIL ACTION NO. H-05-3277 |
| NATIONS ENERGY COMPANY LTD., HASHIM DJOJOHADIKUSUMO, PHILIP HIRSCHLER, PATRICK O'MARA, ECOLO INVESTMENTS LIMITED, AEQUITAS ENERGY, S.A., and NOVOMUNDO TRADING, LTD., | } } } } } } } | |
| *Defendants* | } | |

## **FINAL JUDGMENT**

On this 27th day of March, 2007, in the action pending between Plaintiff, Thomas A. De Shazo, and Defendants, Nations Energy Company Ltd., Hashim Djojohadikusumo, Philip Hirschler, Patrick O'Mara, Ecolo Investments Limited, Aequitas Energy, S.A., and Novomundo Trading, Ltd., the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed for failure to state a claim upon which relief may be granted, and the court hereby **ORDERS** that Plaintiff take nothing of Defendants.

It is further **ORDERED** that Defendants Nations Energy Company Ltd., Hashim Djojohadikusumo, Philip Hirschler, Patrick O'Mara, Ecolo Investments Limited, Aequitas Energy, S.A., and Novomundo Trading, Ltd. shall recover their costs of action from Plaintiff Thomas A. De Shazo.

SIGNED at Houston, Texas, this 27th day of March, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE